PER CURIAM.

(No. 74-CC-837— )

JOSEPH S. SOLOVY, M.D., Claimant, *vs.* STATE OF ILLINOIS, BOARD OF EDUCATION AND REHABILITATION, Respondent.

*Opinion filed August 2, 1974.*

JOSEPH S. SOLOVY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.